(July 17, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. GRAY, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County, imposed May 26, 1976. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Damiani, Shapiro and Margett, JJ., concur.